2006R00647/DEM

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-475 (JAP) |
| v. : | 21 U.S.C. § 841 |
| : | 18 U.S.C. § 2 |
| COREY HAMLET, : | <u>S U P E R S E D I N G</u> |
| a/k/a "C-Blaze" : | <u>I N D I C T M E N T</u> |
| a/k/a "Blaze" | |

The Grand Jury in and for the District of New Jersey, sitting in Newark, charges:

<u>COUNT ONE</u>

On or about May 30, 2003, in Essex County, in the District of New Jersey, and elsewhere, defendant

COREY HAMLET,
a/k/a "C-Blaze,"
a/k/a "Blaze"

did knowingly and intentionally distribute and possess with intent to distribute a quantity of 3,4-Methylenedioxymethamphetamine (MDMA), that is, ecstasy, a Schedule I narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a) & (b)(1)(C), and Title 18, United States Code, Section 2.

COUNTS TWO THROUGH NINE

On or about the dates set forth in the table below, in Essex County, in the District of New Jersey, and elsewhere, defendant

COREY HAMLET,
a/k/a "C-Blaze,"
a/k/a "Blaze"

did knowingly and intentionally distribute and possess with intent to distribute a quantity of heroin, a Schedule I narcotic drug controlled substance.

In violation of Title 21, United States Code, Sections 841(a) & (b)(1)(C), and Title 18, United States Code, Section 2.

| COUNT | DATE |
|---|---|
| 2 | June 4, 2003 |
| 3 | June 11, 2003 |
| 4 | June 18, 2003 |
| 5 | July 2, 2003 |
| 6 | July 15, 2003 |
| 7 | July 29, 2003 |
| 8 | August 20, 2003 |
| 9 | October 9, 2003 |

A TRUE BILL

F(

*[signature]*
CHRISTOPHER J. CHRISTIE
United States Attorney

2

CASE NUMBER: 06-CR-00475 (JAP)

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

COREY HAMLET,
a/k/a "C-Blaze,"
a/k/a "Blaze"

## SUPERSEDING INDICTMENT FOR

21 U.S.C. § 841, 18 U.S.C. § 2

A True Bill,

_____

CHRISTOPHER J. CHRISTIE
*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

DAVID E. MALAGOLD
*ASSISTANT U.S. ATTORNEY*
*(973) 645-6103*

USA-48AD 8
(Ed. 1/97)