PROB 12C
(7/93)



# United States District Court
## for
## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Corey Hamlet  **Docket Number:** 06-00475-001
**PACTS Number:** 45660

**Name of Sentencing Judicial Officer:** HONORABLE JOEL A. PISANO
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 02/06/2007

**Original Offenses:** Count 1:Distribution of Ecstasy; Count 2: Distribution of Heroin.

**Original Sentence:** 57 months imprisonment on each count; 5 years supervised release. Condition: Prohibition from gang association.

**Type of Supervision:** Supervised release    **Date Supervision Commenced:** 05/05/10

**Assistant U.S. Attorney:** David Malagold, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Kevin Carlucci, Assistant Federal Public Defender, 1002 Broad Street, Newark, New Jersey 07102; (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' On June 14, 2010, Hamlet associated with felon Louis Boggs, a Crips gang leader, housed at the Essex County Jail, Newark. Boggs has been convicted of Robbery and Conspiracy to Commit Robbery. |
| 2. | The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' On June 25, 2010, Hamlet associated with felon Louis Boggs and other inmates at the Essex County Jail. |

3. The offender violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.' On July 11, 2010, Hamlet associated with felon Louis Boggs, a Crip gang leader, housed at the Essex County Jail.

4. The offender has violated the standard supervision condition which states 'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.' On July 14, 2010 and July 16, 2010, Hamlet did not follow the instructions of his probation officer in that the offender did not meet the undersigned officer for scheduled meetings at his residence on these dates.

5. The offender has violated the standard supervision condition which states 'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.' Since his release, Hamlet has not worked, and he has not registered for full time employment training as directed by the U.S. Probation Office.

6. The offender has violated the standard supervision condition which states 'You shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by the probation officer.' Hamlet associated with felons Gehabe Worjloh, Omar Benthal, Terrence Patterson, Denine Moses, Corey McGill, and William Lattimore, on twelve occasions between May 11, 2010 and July 25, 2010. All six of these felons are inmates in the U.S. Bureau of Prisons.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
/ Intensive Supervision Specialist

Date: 8/17/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] Other

_____
Signature of Judicial Officer

8/18/10
Date