**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel A. Pisano |
| v. | : | Criminal No. 06-475 (JAP) |
| COREY HAMLET | : | **ORDER** |

RECEIVED NOV 23 2010 AT 8:30 ___M WILLIAM T. WALSH CLERK

The Court having presided over the defendant's guilty plea to Count 4 of the Petition for Violation of Supervised Release charging him with violating the terms of supervised release by not following the instructions of the probation officer to meet him on July 14, 2010 and July 16, 2010, and concurrent sentencing hearing, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby sentenced as follows: the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months to be served consecutively to any term of imprisonment the defendant is serving, with no supervision to follow; and

4. Counts 1, 2, 3, 5 and 6 of the Petition for Violation of Supervised Release are dismissed.

_____
HON. JOEL A. PISANO
United States District Judge

Dated: November 23, 2010